# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**TASHAWN K. HUNTER,** :

      **Plaintiff** : CIVIL ACTION NO. 3:24-1870

      v. : (JUDGE MANNION)

**PENNSYLVANIA DEPARTMENT** :
**OF CORRECTIONS**, *et al.*,

       :

      **Defendants.**

## ORDER

**NOW**, **THEREFORE**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The application for leave to proceed *in forma pauperis* filed by *pro se* Plaintiff Tashawn K. Hunter (Doc. 2) is **GRANTED**, and Plaintiff is permitted to proceed *in forma pauperis* in this action.

2. The complaint (Doc. 1) is **DEEMED FILED**.

3. The complaint, insofar as Plaintiff has asserted claims under 42 U.S.C. §1983 against the Commonwealth of Pennsylvania Department of Corrections and against Defendants Superintendent Mason, Dennis Wiederhold, and Jane Doe Hearing Examiner in their individual and official capacities, is **DISMISSED WITH PREJUDICE**.

4. The complaint, insofar as Plaintiff has asserted claims against Defendants for defamation under state law, is **DISMISSED WITHOUT PREJUDICE**.

5.  The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 8, 2024**
24-1870-01-ORDER